IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 MAR 26 A 9:55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BOYKIN JONES 115033 )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:08CV220-MHT
LEON FORNISS, WARDEN )   (To be supplied by Clerk of
NITHA SHAMBARY )   U.S. District Court)
ONTOURUS PORTER #143912 )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )   NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  E.C.F 200 WALLACE Drive Clio AL 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  STATON Correctional Facility P.O. Box 56 Elmore, Ala. 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. LEON FORNISS  Staton Corr. Facility P.O. Box 56, Elmore, Ala. 36025
2. NITKA SHAMBARY Staton Corr. Facility P.O. Box 56, Elmore, Ala. 36025
3. ONTAURUS PORTER, E.C.F 200 Wallace Drive Clio AL 36017
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  10-13-2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  SEE EXHIBIT (A)-(B)-(C) IS A STATEMENT OF CASE AND FACTS THAT THE PLAINTIFF

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Were under imminent danger of serious physical injury caused by defendant Nurse Nitka Shambary. Plaintiff reported to defendant Leon Forniss the warden he fail to investigate. Defendant onTourus Porter commited perjury

GROUND TWO: by not telling the true about what happen. Plaintiff is now still suffering

SUPPORTING FACTS: Pain and mental stress and punitive damages.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff Requests This Court to Bar Them From Their Jobs From Department of Correction, And For His Serious Physical Injury He Request Judgment Against These Defendants Punitive Damages In The Amount of $500,000.00, And For Pain And Suffering And Mental Stress, In The Amount of $500,000.

_Boykin Salter_
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on  3-18-2008
(Date)

_Boykin Salter_
Signature of plaintiff(s)

4

EXHIBIT A

To: Whom it may Concern:

My name is Boykin Jones an inmate at Staton Correctional Facility in Elmore County. On the 10-13-07 I was called over to the health care unit for a Diabetic fingerstick it was three nurses present Nurse Sander Nurse Jones and Nurse Shambray and Officer Lewis and another inmate porter. I was confronted by nurse Sander that I had file a medical grievance on her for refusing to give me my medication after sticking my finger and recieving my dosage of Insulin I drop a strip on the floor had blood on it. Nurse Sander told me to come back in the room and pick it up off the floor. When coming back in the room I was confronted by nurse Shambray by saying you wrote my friend up old white head man she had a scapel in her hand but it was still inside the pack. So when I bent down on one knee to pick up the strip Nurse Shambray rush over while I was bent down and

(a) EXHIBIT B 1/1

On one hand Nurse Shalonda J stated fucking me on the butt of my leg and fats and lifting me in my upper back with as close fist as she could after I was present and what I out to Nurse present and what I out to stop will later that night around 9 p.m. Nurse Lewis and Nurse Shalonda J asked me to just like a late to repeat this. I told him all this he asked why I just pointed it and later I was going to repeat it and later he was gone until Lieutenant Robinson and Sgt. Cooper Stayed looking until two might 10 PM after Lt. Cooper came to me and asked me again and I meet to stop it and later that day I said to Lt. Robinson and Lt. Browning and Lt. Cooper My out and said I was not tell the truth and to much serious allegation like that will not be dealt with. On the 10-18-07 I was call to the guard office by Officer Jones when I

went inside I was told by Lt. Cooper that I was going to recieve a write up for lying to a DOC Official and I told them to give all of us a pollygraph test to determine who is telling the truth that will prove my creditability because the three nurses and Officer Lewis and inmate porter said they did' not see anything. And I don't have any witnesses in my behalf And it happen like I said it did and I need a lie detector test perform on all of us. I go up for parole next year and a write up will mess up my chances of making parole. please contact I. and SI to come and investigate this matter and perform a lie detector test on me.

Respectfully Submitted
Baykin Agnes
#115033

---
Case 2:08-cv-00220-MHT-SRW    Document 1    Filed 03/26/2008    Page 8 of 8

Boykin Jones
Ais 115033 D2-61-A
E.C.F
200 Wallace Drive
Clio AL 36017



Legal Mail



02 1P $00.82⁰
0002404485  MAR 25 2008
MAILED FROM ZIP CODE 36017

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711