IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

Boykin Jones
Plaintiff(s)

vs.
Warden Leon Forniss
Nitka Shambray
Ontourus Porter #143912
Defendant(s)

2:08cv220-MHT

RECEIVED
2008 MAR 26  A 9:5_
DEBRA P. HACKETT, CL_
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, Boykin Jones, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   2001
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )  NO (✓)

   B. Rent payments, interest or dividends?   YES ( )  NO (✓)

   C. Pensions, annuities or life insurance payments?   YES ( )  NO (✓)

   D. Gifts or inheritances?   YES ( )  NO (✓)

   E. Any other sources?   YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____
   _____
   _____

                                    _____
                                    Signature of Affiant

STATE OF ALABAMA      )
COUNTY OF_____   )

   Before me, a notary public in and for said County, in said State,

personally appeared_____, whose name is signed

to the foregoing complaint, who being first duly sworn, deposes on oath and

says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    _____
                                    Signature of Affiant

   Sworn to and subscribed before me this _____ day of _____, 19___.

                                    _____
                                    Notary Public

                                    _____ County, Alabama

                              O R

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  3-18-2008 .
         (date)

_Boykin Rolles_
Signature of Affiant

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _18_ on account to his credit at the _EASTERLING_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See Attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_MsJ Caulb, Acc't Clerk_
Authorized Officer of Institution

DATE  3/18/08

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                     EASTERLING CORR FACILITY


AIS #: 115033       NAME: JONES, BOYKIN JUNIOR **        AS OF: 03/18/2008

                    # OF        AVG DAILY        MONTHLY
           MONTH    DAYS         BALANCE         DEPOSITS
         -----------------------------------------------------

           MAR       13          $0.00            $0.00
           APR       30          $0.00            $0.00
           MAY       31          $0.00            $0.00
           JUN       30          $0.00            $0.00
           JUL       31          $0.00            $0.00
           AUG       31          $0.00            $0.00
           SEP       30          $0.00            $0.00
           OCT       31          $0.00            $0.00
           NOV       30          $0.00            $0.00
           DEC       31          $0.00            $0.00
           JAN       31         $15.20          $125.00
           FEB       28          $2.52           $50.00
           MAR       18          $0.18            $0.00
```