IN THE United States District Court
For THE Middle District of Alabama
Northern Division

Boykin Jones, 115033
Plaintiff,
V.
Leon Forniss, Warden
et, Al,
Defendants

Case No. 2:08-CV-220-MHT(WO)

## "Motion For Extension of Time"

Comes Now the Plaintiff Boykin Jones, moves this Court to let said motion enter entitled "Motion For Extension of Time" Plaintiff states his wife is going though a Period of hardship of the death of Plaintiff daughter AND I NEED SOME MORE time to come up with the $5.83 Filing Fee.

Respectfully Submitted
Boykin Jones
Boykin Jones, #115033
Plaintiff,

## CERTIFICATE of SERVICE

I Boykin Jones, Certify I have Placed A Copy of SAID Motion ON this 17 day of April, 2008 UNDER THE Penalty of Perjury to All Parties Listed Below

HON: Troy King, Attorney General
11 South Union Street
Montgomery, Alabama 36130

Respectfully Submitted,

*Boykin Jones*

Boykin Jones, 115033
Plaintiff,

Boykin Jones #115033, D-2-61A
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

MONTGOMERY AL 361
18 APR 2008 PM 2 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711