IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOYKIN JONES, #115 033            *

    Plaintiff,                    *

v.                                *     2:08-CV-220-MHT

LEON FORNISS, WARDEN, *et al*.,   *

    Defendants.                   *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed April 1, 2008. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 4*), is GRANTED;

2. Plaintiff is GRANTED an extension from April 21, 2008 to and including May 6, 2008 to comply with the court's April 1, 2008 order that he submit an initial partial filing fee to the court in the amount of $5.83; and

3. The Clerk furnish a copy of this order to the account clerk at the Easterling Correctional Facility.

DONE, this 22nd day of April 2008.

                                  /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE