```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005691
Cashier ID: brobinso
Transaction Date: 07/03/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: EASTERLING CORR FACILITY
 Case/Party: D-ALM-2-08-CV-000220-001
 Amount:         $4.00
------------------------------------
CHECK
 Check/Money Order Num: 3569
 Amt Tendered:  $4.00
------------------------------------
Total Due:      $4.00
Total Tendered: $4.00
Change Amt:     $0.00
```