IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOYKIN JONES, #115 033           *

    Plaintiff,                   *

    v.                           *       2:08-CV-220-MHT

LEON FORNISS, WARDEN, *et al*.,  *

    Defendants.                  *

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered June 19, 2008 (*Doc. No. 7*) be and is hereby VACATED.

DONE, this 7th day of July 2008.

                /s/ Susan Russ Walker
              SUSAN RUSS WALKER
              CHIEF UNITED STATES MAGISTRATE JUDGE