| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Angela Thornell* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>A Thornell    7-8-08 |
| 1. Article Addressed to:<br><br>~~Warden~~ Leon Forniss<br>Staton Correctional Facility<br>P.O. Box 56<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:08CV220<br><br>C+S    8/18/08 |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1842 4266 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nitka Shambary
   Staton Correctional Facility
   P.O. Box 56
   Elmore, AL 36025

2. Article Number (Transfer from service label): 7007 2680 0003 1842 4259

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Angela Thornell
☐ Agent
☐ Addressee

B. Received by (Printed Name): A. Thornell
C. Date of Delivery: 7-8-0—

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

2:08CV 220
C+D    8/18/08

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540