IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BOYKIN JONES, #115033** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )   2:08-CV-220-MHT-SRW |
| **LEON FORNISS, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Leon Forniss*, Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

    X    This party is a governmental entity, or

    X    There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

        Respectfully submitted,

        TROY KING
        Attorney General


        /s/ *Jeffery H. Long*
        Jeffery H. Long
        Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jlong@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 18th day of August, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system and I served a copy of the same upon the following parities via United States Mail, postage prepaid and properly addressed:

    Boykin Jones, AIS 115033
    Easterling Correctional Facility
    200 Wallace Drive
    Clio, AL 36017


        /s/ *Jeffery H. Long*
        Jeffery H. Long
        Assistant Attorney General