IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOYKIN JONES, #115 033                  *

    Plaintiff,                           *

    v.                                   *         2:08-CV-220-MHT

LEON FORNISS, WARDEN, *et al*.,         *

    Defendants.                          *
_____

**ORDER**

On July 7, 2008 the court entered an order directing Defendants to file an answer and written report in response to the allegations presented in the instant complaint. (*Doc. No. 10*.) Defendants were directed to file their answer and written report on or before August 18, 2008. (*Id*.) A review of the file reflects that Defendant Shambary has failed to comply with the July 7 order of the court. Defendant Shambary, therefore, shall be directed to show cause why she has failed to comply with the order of this court.

Accordingly, it is ORDERED that:

1. On or before September 3, 2008 Defendant Shambary shall SHOW CAUSE for failing to file an answer and written report in compliance with the court's July 7, 2008 order of procedure; and

2. On or before September 3, 2008 Defendant Shambary shall FILE a written report and answer to Plaintiff's complaint as directed by court order filed July 7, 2008.

The CLERK is hereby DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order together with a copy of the docket sheet to Defendant Shambary and to General Counsel for Prison Health Services, Inc.

DONE, this 20th day of August 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE