IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOYKIN JONES, #115 033            *

    Plaintiff,                   *

    v.                           *        2:08-CV-220-MHT

LEON FORNISS, WARDEN, *et al.*,   *

    Defendants.                  *

_____

**ORDER ON MOTION**

Upon consideration of Defendant Shambray's response filed August 22, 2008, construed to contain a Motion for Extension of Time, and for good cause, it is ORDERED that:

    1. Defendant Shambray's Motion for Extension of Time (*Doc. No. 10*) is GRANTED; and

    2. Defendant Shambray is GRANTED an extension from September 3, 2008 to and including September 8, 2008 to file her answer and written report.

    DONE, this 25th day of August 2008.

                                                      /s/ Susan Russ Walker
                                                      SUSAN RUSS WALKER
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE