**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **BOYKIN JONES, AIS #115033,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:08-cv-220-MHT |
| **LEON FORNISS, WARDEN, et al.,** | ) |
| **Defendant.** | ) |

### CORPORATE DISCLOSURE STATEMENT

COMES NOW Nurse Nikkita Shambray, incorrectly identified in the Plaintiff's Complaint as "Nitka Shambary," a Defendant in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3407:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

{B0897199}

Reportable Entity                                          Relationship to Party

_____                              _____

_____                              _____

_____                              _____


August 29, 2008
Date

                                s/Philip G. Piggott
                                PHILIP G. PIGGOTT
                                ASB-4379-P67P
                                E-Mail:  pgp@starneslaw.com

                                WILLIAM ANTHONY DAVIS, III
                                ASB-5657-D65W
                                E-Mail:  tdavis@starneslaw.com

                                Starnes & Atchison LLP
                                100 Brookwood Place, 7th Floor
                                P.O. Box 598512
                                Birmingham, AL  35259-8512
                                Telephone: (205) 868-6000
                                Fax: (205) 868-6099

                                Attorneys for Nikkita Shambray

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Boykin Jones #115033
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

                <u>s/Philip G. Piggott</u>
                PHILIP G. PIGGOTT
                E-mail: ppiggott@starneslaw.com

3

{B0897199}