IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOYKIN JONES, #115 033              *

    Plaintiff,                             *

    v.                                         *       2:08-CV-220-MHT
                                                        (WO)
LEON FORNISS, WARDEN, *et al*.,     *

    Defendants.                           *

_____

**ORDER ON MOTION**

Plaintiff has filed a request for appointment of counsel. A plaintiff in a civil case has no constitutional right to counsel. While an indigent plaintiff may be appointed counsel pursuant to 28 U.S.C. § 1915(e)(1), a court retains broad discretion in making this decision. *See Killian v. Holt,* 166 F.3d 1156, 1157 (11th Cir.1999). Here, the court concludes that Plaintiff has not shown that there are exceptional circumstances justifying appointment of counsel. *See Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992); *see also Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). Therefore, in the exercise of its discretion, the court shall deny Plaintiff's request for appointment of counsel.

Accordingly, it is

ORDERED that Plaintiff's Motion for Appointment of Counsel (*Doc. No. 44*), is DENIED.

DONE, this 11th day of January 2011.

                                        /s/ Susan Russ Walker  
                                        SUSAN RUSS WALKER  
                                        CHIEF UNITED STATES MAGISTRATE JUDGE