IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| BOYKIN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv220-MHT |
| | ) | (WO) |
| NIKKITA SHAMBRAY, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff Boykin
Jones, a state inmate, filed this lawsuit against
defendant Nikkita Shambray (whose name was incorrectly
spelled in the complaint as "Nitka Shambary"), charging
the use of excessive force.  This lawsuit is now before
the court on the recommendation of the United States
Magistrate Judge that, after conducting an evidentiary
hearing, judgment should be entered in favor of Shambray
and against Jones.  Also before the court are Jones's
objections to the recommendation.  After an independent
and de novo review of the record, including listening to

a recording of the hearing held before the magistrate judge on February 15, 2011, the court concludes that Jones's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2011.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE