IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BOYKIN JONES,                  )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:08cv220-MHT
                               )           (WO)
NIKKITA SHAMBRAY,              )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Boykin Jones's objections (doc. no. 57) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 56) is adopted.

(3) Judgment is entered in favor of defendant Nikkita Shambray and against plaintiff Jones, with plaintiff Jones taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Jones, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of March, 2011.

                             /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE